AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>**TERRI ANN BEDELL**<br><br>_Defendant_ | )<br>)   Case No.<br>)<br>)   **M 11 537**<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ **TERRI ANN BEDELL**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

> 18 U.S.C. §§ 924 (c), 1951
> and
> 21 U.S.C. §§ 846

Date: 05/20/2011

_Issuing officer's signature_

City and state:  CENTRAL ISLIP, NEW YORK

THE HONORABLE ARLENE R. LINDSAY
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 05/20/2011, and the person was arrested on _(date)_ 06/02/2011
at _(city and state)_ FLUSHING, N.Y.

Date: 6/02/2011

_Arresting officer's signature_
TFO EDWIN J. HOLMES
TASK FORCE OFFICER DEA
_Printed name and title_

DETECTIVE MICHAEL WILLIAMS
DETECTIVE NYPD

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: **TERRI ANN BEDELL**
Known aliases: **NA**
Last known residence: **PRESENT 147-20 45TH AVE. FLUSHING, NY**
Prior addresses to which defendant/offender may still have ties: **NA**

Last known employment: **UNEMPLOYED**
Last known telephone numbers: **646-573-3674**
Place of birth: **NEW YORK, NEW YORK**
Date of birth: **06/10/1971**
Social Security number: **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**
Height: **5'-5"**  Weight: **170**
Sex: **FEMALE**  Race: **WHITE**
Hair: **BLONDE**  Eyes: **BLUE**
Scars, tattoos, other distinguishing marks: **NONE**

History of violence, weapons, drug use: **PRIOR ARREST FOR BURGLARY**

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: **43120HB2**
Complete description of auto: **NA**

Investigative agency and address: **DEA/LIDO 125 PINELAWN ROAD SUITE 205 MELVILLE, N.Y. 11747**

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: **NA**

Date of last contact with pretrial services or probation officer *(if applicable)*: **NA**