# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

### INITIAL APPEARANCE CALENDAR

**FILED**
IN CLERK'S OFFICE
DISTRICT COURT E D N Y
★ JUN 03 2011 ★
**LONG ISLAND OFFICE**

1) Magistrate Case Number: 11-m-537
2) Defendant's Name: Bedell, Terri Ann
   (Last) (First) (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

Items 1-6 to be completed by AUSA/Arresting Officer)        Consular notification

7) Removal Proceeding: ___ Yes  ✓ No    Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: ✓ Yes  ___ No    Date/Time: 6/3/11
10) Detention Hearing Held: ___  Bail set at: _____  ROR Entered: ___  POD Entered: ✓
11) Temporary Order of Detention Entered: ___  Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: ✓
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: Thomas Sullivan / Burton Ryan
14) DEFENSE COUNSEL'S NAME: Kevin Keating
    Address: _____
    Bar Code: _____  CJA: ✓  PDA: ___  RET: ___
    Telephone Number: (___)
15) ESR Tape #: 1  (4:35 - 4:38)
16) Complaint/Affidavit/Indictment unsealed: ___ Yes  ___ No
    SO ORDERED ON THIS ___ DAY OF _____, 20__

    _____
    UNITED STATES MAGISTRATE JUDGE

17) Other Comments/Rulings: _____