AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ JUN 03 2011 ★

LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __New York__

UNITED STATES OF AMERICA
v.
Terri Ann Bedell

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 11-m-537

I, __TERRI ANN BEDELL__, charged in a ☒ complaint ☐ petition pending in this District with __HOBBS ACT ROBBERY__ in violation of Title __18 USC 1951__, U.S.C., and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_Terri Ann Bedell_
Defendant

_[signature]_
Counsel for Defendant

6/3/11
Date