**DOCKET NUMBER:** MJ 11-537

**CRIMINAL CAUSE FOR** Status Conference

**BEFORE JUDGE:** William D. Wall, U.S.M.J.   **DATE:** 6/27/11   **TIME** 3:00   **For** 15 **MINS**

**DEFENDANT'S NAME:** Teri Ann Bedell   **DEFENDANTS #** _____

| x | Present | ☐ | Not Present | x | Custody | ☐ | Not Custody/Surrender |

**DEFENSE COUNSEL:** Kevin Keating

| | Federal Defender | x | CJA | ☐ | Retained |

**A.U.S.A.:** Tali Farhadian   **PROBATION OFFICER** _____

**CASE MANAGER OR MAGISTRATE DEPUTY** T. Talbott

**COURT REPORTER: OR ESR OPERATOR** FTR   **TAPE LOG** 311

**INTERPRETER:** _____   **LANGUAGE:** _____

| | Arraignment | ☐ | Revocation of Probation non contested |
| ☐ | Change of Plea Hearing (~Util-Plea Entered) | ☐ | Revocation of Probation contested |
| ☐ | In Chambers Conference | ☐ | Sentencing non-evidentiary |
| ☐ | Pre Trial Conference | ☐ | Sentencing Contested |
| ☐ | Initial Appearance | ☐ | Revocation of Supervised Release evidentiary |
| x | Status Conference | ☐ | Revocation of Supervised Release non-evidentiary |
| ☐ | Telephone Conference | | |
| ☐ | Voir Dire Begun | ☐ Voir Dire Held | ☐ Jury selection | ☐ Jury trial |
| ☐ | Jury Trial Death Penalty | ☐ Sentence enhancement Phase | ☐ Bench Trial Begun |
| ☐ | Bench Trial Held | ☐ Bench Trial Completed | ☐ Motion Hearing Non Evidentiary |
| ☐ | Other Evidentiary Hearing Contested   TYPE OF HEARING_____ |

**UTILITIES**

| ☐ | ~Util-Plea Entered | ☐ | ~Util-Add terminate Attorneys | ☐ | ~Util-Bond Set/Reset |
| ☐ | ~Util-Exparte Matter | ☐ | ~Util-Indictment Un Sealed | ☐ | ~Util-Information Unsealed |
| ☐ | ~Util-Set/Reset Deadlines | ☐ | ~Util-Set/Reset Deadlines/Hearings | | |
| ☐ | ~Util-Set/Rest Motion and R&R Deadlines/Hearings | ☐ | ~Util-Terminate Motions |
| ☐ | ~Util-Terminate Parties | ☐ | ~Util-Set/Reset Hearings |

**Speedy Trial Start:** _____   **Speedy Trial Stop:** _____   **CODE TYPE:** xw

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES   ☐ NO

**TEXT**

Waiver of speedy indictment 6/27/11 to 7/27/11.