BTR:br
F.#2011R00882
Unseal.ORD

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JUL 28 2011

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

   -against-

TERRI ANN BEDELL,

        Defendant.

- - - - - - - - - - - - - - - - - -X

ORDER

11 M 537

     Application having been made on behalf of the UNITED STATES OF AMERICA, by BURTON RYAN, Jr., Assistant United States Attorney, Eastern District of New York, of Counsel, to the Hon. Loretta E. Lynch, United States Attorney for the Eastern District of New York, for an order unsealing the charges in the above-captioned case.

     WHEREFORE, IT IS HEREBY ORDERED that above-captioned case be unsealed.

Dated:   Central Islip, New York
        July 28, 2011

                              HON. WILLIAM D. WALL
                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK