**KEVIN J. KEATING**
ATTORNEY AT LAW
Suite 501
666 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530

(516) 222-1099

TELECOPIER
(516) 683-8410

MANHATTAN OFFICE:
805 THIRD AVENUE
11TH FLOOR
NEW YORK, NY 10022
(212) 964-2702

July 28, 2011

Hon. Judge J. Bianco
100 Federal Plaza
Courtroom 920
Central Islip, New York 11722

                Re: United States v. Bedell
                    11 CR254 (S-1)(JB)(ARL)

Dear Judge Bianco:

      As you are aware, I am attorney for Ms. Bedell in the captioned matter. I learned that Ms. Bedell's arraignment on her indictment is scheduled for tomorrow, July 29, 2011. Due to my vacation schedule, the parties have agreed to reschedule the arraignment to August 8, 2011 at 11 am. By this letter, I hereby toll the time within which Ms. Bedell is required to be arraigned on the indictment from July 29, 2011 to August 8, 2011.

      Thank you for your consideration

                                        Very truly yours,

                                        KEVIN J. KEATING

KJK:gd
Dictated but not read.

Cc:    Burton Ryan
        Assistant United States Attorney